STUART LIBICKI, ESQ. (57626)
RICHARD M. SWARTZ, ESQ. (244890)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard,
Suite 2000
Los Angeles, California 90048-5268

Telephone:  (323) 655-4700
Facsimile:  (323) 655-4488
E-mail:     sl@ssdslaw.com
            rms@ssdslaw.com          JS 6

Attorneys for Plaintiffs
Southern California Drug Benefit Fund, an Express Trust, and
Brad Sapp and Rod Diamond, Its Trustees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA DRUG BENEFIT FUND, AN EXPRESS TRUST. AND BRAD SAPP AND ROD DIAMOND, ITS TRUSTEES,<br><br>Plaintiffs,<br><br>vs.<br><br>BAKERSFIELD ORTHODONTAL DENTAL GROUP, AKA BAKERSFIELD ORTHODONTIC DENTAL GROUP, GUY W. MENDIVIL, D.D.S., AN UNKNOWN ENTITY REGISTERED WITH THE DENTAL BOARD OF CALIFORNIA, AND GUY W. MENDIVIL,<br><br>Defendants. | CASE NO.  CV 10-3605 DSF (RZx)<br><br>**STIPULATED JUDGMENT FOR PLAINTIFFS SOUTHERN CALIFORNIA DRUG BENEFIT FUND AND BRAD SAPP AND ROD DIAMOND, ITS TRUSTEES, AGAINST DEFENDANT GUY W. MENDIVIL, D.D.S., A PROFESSIONAL DENTAL CORPORATION DBA BAKERSFIELD ORTHODONTAL DENTAL GROUP AND BAKERSFIELD ORTHODONTIC DENTAL GROUP**<br><br>DATE:   N/A<br>TIME:   N/A<br>CTRM:   840 |

Pursuant to a Stipulation For Entry of Judgment between Plaintiffs Southern California Drug Benefit Fund, and Brad Sapp and Rod Diamond, its trustees ("Plaintiffs"), and Defendant Guy W. Mendivil, D.D.S., a Professional Dental Corporation DBA Bakersfield Orthodontal Dental Group and Bakersfield Orthodontic Dental Group ("Defendant Corporation")

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiffs shall have judgment against Defendant Corporation in the amount of $44,000.00.

Dated: 11/15/10

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1

STIPULATED.JUDGMENT.FOR.PLAINTIFFS.18255[750.SL.3]   STIPULATED JUDGMENT FOR PLAINTIFFS FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFFS SOUTHERN CALIFORNIA DRUG BENEFIT FUND AND BRAD SAPP AND ROD DIAMOND, ITS TRUSTEES, AGAINST DEFENDANT GUY W. MENDIVIL, D.D.S., A PROFESSIONAL DENTAL CORPORATION DBA BAKERSFIELD ORTHODONTAL DENTAL GROUP AND BAKERSFIELD ORTHODONTIC DENTAL GROUP; AND DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT GUY W. MENDIVIL